THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE F. GREENE, Appellant.—

Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.